# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WALTER MAY, II,** | : | **CIVIL ACTION NO. 1:05-CV-1640** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **COI PYO, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 30th day of August, 2005, upon consideration of plaintiff's request to reinstate the action (Doc. 9), it is hereby ORDERED that the request (Doc. 9) is GRANTED as follows:

1. The Clerk fo Court is directed to REOPEN the above-captioned case.

2. The administrative order (Doc. 6), directing the superintendent or warden of the institution at which plaintiff is incarcerated to remit from plaintiff's trust fund account (or institutional equivalent) the filing fee for the above-captioned case, is REINSTATED.

3. The Clerk of Court is directed to forward a copy of this order to the superintendent or warden of the institution at which plaintiff is incarcerated.

4. The application to proceed *in forma pauperis* (Doc. 2) is construed as a motion to proceed without full prepayment of fees and costs and is GRANTED.

5. The United States Marshal is directed to serve plaintiff's complaint (Doc. 1) on the defendants named therein.

                                                  S/ Christopher C. Conner
                                                  CHRISTOPHER C. CONNER
                                                  United States District Judge