# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WALTER MAY, II,** | : | **CIVIL ACTION NO. 1:05-CV-1640** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **COI PYO, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 21st day of September, 2005, upon consideration of plaintiff's motion for voluntary dismissal (Doc. 11), it is hereby ORDERED that the motion (Doc. 11) is GRANTED as follows:

1. The above-captioned case is DISMISSED. See FED. R. CIV. P. 41(a)(2).

2. The administrative order (Doc. 6), directing the superintendent or warden of the institution at which plaintiff is incarcerated to remit from plaintiff's trust fund account (or institutional equivalent) the filing fee for the above-captioned case, is VACATED.

3. The Clerk of Court is directed to forward a copy of this order to the superintendent or warden of the institution at which plaintiff is incarcerated and to CLOSE this case.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge